**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Camden, NJ**

CHARLENE CHELI

        Plaintiff,

v.                                     Case No.: 1:24–cv–01104–CPO–EAP
                                       Judge Christine P. O'Hearn

CAROLLO, INC.

        Defendant.

**Order For Dismissal Pursuant to L.Civ.R. 41.1(a)**

It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 23rd day of April, 2025,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.

/s/ Christine P. O'Hearn
_____
CHRISTINE P. O'HEARN United States District Judge